IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER A. McCULLOUGH
ADC #91861                                                                PLAINTIFF

v.                           Case No. 3:10-cv-330-DPM

ANN HUDSON, Retired Clerk,
Craighead County Circuit Court;
CAROLYN YORK, Interim Clerk,
Craighead County Circuit Court;
MARY ANN WILKINSON, Clerk,
Lee County Circuit Court; and
MOSES JACKSON, Chief of Security,
East Arkansas Regional Unit                                          DEFENDANTS

JUDGMENT

The Court dismisses Walter MCCullough's amended complaint without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

                                                                         *[signature]*
                                                                         D.P. Marshall Jr.
                                                                         United States District Judge

                                                                         14 March 11