IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER A. McCULLOUGH
ADC #91861                                                                          PLAINTIFF

v.                              Case No. 3:10-cv-330-DPM

ANN HUDSON, Retired Clerk,
Craighead County Circuit Court;
CAROLYN YORK, Interim Clerk,
Craighead County Circuit Court;
MARY ANN WILKINSON, Clerk,
Lee County Circuit Court; and
MOSES JACKSON, Chief of Security,
East Arkansas Regional Unit                                                        DEFENDANTS

ORDER

The Court denies Walter McCullough's motion to reconsider, *Document No. 10*, its 14 March 2011 Order denying his request to proceed *in forma pauperis* and dismissing his amended complaint without prejudice under the three-strikes rule. The motion is denied for the same reasons the Court discussed in its prior Order. The Court has considered McCullough's "Supplemental Pleading", *Document No. 6*, and concluded that a disciplinary resulting from taking tuna from the chow hall does not satisfy the imminent-danger exception. Finally, McCullough's papers do not explain away the termination date contained within the work restriction: "This Medical

Restriction(s)/Limitation(s)/Special Authorization(s) Ends: 09/25/2008."

*Document No. 5, at 12.* McCullough has not shown that his physical safety was in imminent danger when he filed this case (or since). Therefore the Court may not apply 28 U.S.C. § 1915(g).

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2011